# United States District Court
## Violation Notice

22FG3412770 (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M-12 | E1231301 | SrA Adams | A0295 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 17SEP22 16:40 | MCA 61-8-339(1) |

**Place of Offense:** 72nd and Goddard Dr.

**Offense Description; Factual Basis for Charge:** ROW violation - Fail to yield to vehicle on right.

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Lemme | Whitney | N |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| PMX1067 | TX | 13 | Honda Odyssey | | BLK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 85 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ 115 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *[signature] W N Le*

Original - CVB Copy

*E1231301*

CVB SCAN 10/04/2022 14:42

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **17 Sep**, 20**22** while exercising my duties as a law enforcement officer in the **M-12** District of **MAFB**

While sitting in Bldg. 770 parking lot, which is adjacent to 72nd St. N. and Goddard Dr. I visually observed a BLK in color vehicle drive ~~east~~ TMA towards the street light on Goddard Dr, the vehicle failed to make a complete stop at the red light before turning right on Goddard Dr. I initiated a codes on Cedar and Goddar ~~drive~~ Dr. Showing the individual traveled 0.3 mi. The vehicle was identified as a 2013 Honda Odyssey with a Texas plate PMX-1067. I made contact with individual stated on the front of this citation. Individual was compliant.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/17/2022** [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/04/2022 14:42