# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **WHITNEY N. LEMME,** Defendant. | PO-22-5217-GF-JTJ **VIOLATION:** E1231301 **Location Code: M12** **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 9, 2023, is **VACATED**.

DATED this  8th   day of February, 2023.

John T. Johnston
United States Magistrate Judge